**Dismissed and Opinion Filed June 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00464-CR

**DAMIAN ARNOLD, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76067-P**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Damian Arnold was convicted of aggravated assault with a deadly weapon and initially sentenced to twenty years in prison. The trial court granted appellant's motion for new trial. Appellant then entered into a negotiated guilty plea. The trial court followed the plea bargain, sentenced appellant to fifteen years in prison, and certified that appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

The trial court's order granting appellant's motion for new trial returned the case to its original position and that judgment is no longer in place to appeal. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). Further, appellant has no right to appeal the new conviction and sentence due to his plea agreement. *See* TEX. R. APP. P. 25.2(a), (d).

We dismiss the appeal for want of jurisdiction.


Do Not Publish
TEX. R. APP. P. 47
150464F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAMIAN ARNOLD, Appellant

No. 05-15-00464-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-76067-P.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered June 29, 2015.